IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )     Cr. No. _1-11-10056_
                                   )
v.                                 )     18 U.S.C. §2113(a)
                                   )
NICHOLE TURNER,                    )
                                   )
          Defendant.               )
                                   )

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 22, 2011, in the Western District of Tennessee, the defendant,

-------------------------------------------NICHOLE TURNER-------------------------------------------

by force and intimidation did take from the person and presence of another money belonging to and in the care, custody, control, management and possession of the Commercial Bank and Trust, 920 East Wood Street, Paris, Tennessee, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

July 18, 2011
DATE

_____
VICTOR L. IVY
ASSISTANT UNITED STATES ATTORNEY